# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0040. JAMES DAVID SULLIVAN v. WILLIAM DUNCAN CARVER, II.**

James David Sullivan is a non-party who was subpoenaed as a witness in a divorce action between William Duncan Carver, II and Kirsten Laura Carver. In February 2011, the trial court ordered Sullivan to sit for a deposition and produce requested discovery. In December 2011, the court directed Sullivan to pay attorney fees to William Duncan Carver's counsel. Sullivan filed motions for reconsideration of both orders. The trial court denied the motions for reconsideration, and on August 2, 2012, Sullivan filed this application for discretionary appeal.[1]

An order denying a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Moreover, a motion for reconsideration does not extend the time for filing an application to appeal. See *Harris v. State*, 278 Ga. 280, 282 n.3 (600 SE2d 592) (2004). Thus, in order to appeal, Sullivan had to file his application within 30 days of the trial court's February 2011 and December 2011 orders. See OCGA § 5-6-35 (d). His failure to do so deprives us of jurisdiction over this application, which is hereby DISMISSED.

---

[1] Sullivan filed this application in the Supreme Court, which transferred it here upon finding that this Court has jurisdiction over "orders in pending divorce cases that do not involve issues of divorce or alimony."



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 10/01/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*